UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIMMONS,

              Plaintiff(s),

  v.

THE PASSENGER VESSEL M/V SAFARI EXPLORER,

              Defendant(s).

NO. C10-250MJP

ORDER ON MOTION FOR ARREST OF VESSEL

The above-entitled Court, having received and reviewed

1.    Motion for Arrest of Vessel (Dkt. No. 6),

2.    Motion to Appoint Substitute Custodian (Dkt. No. 7),

3.    Notice of Appearance and Claim of Vessel Ownership (Dkt. No. 11),

4.    Amended Verified *In Rem* Complaint (Dkt. No. 12),

5.    Motion to Dismiss *In Rem* Vessel Arrest (Dkt. No. 13)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the Motions for Arrest of the Vessel and Appointment of Substitute Custodian are DENIED.

IT IS FURTHER ORDERED that any future motion to arrest the subject vessel must be preceded by notice to all parties and a pre-arrest hearing.

The clerk is ordered to provide copies of this order to all counsel.

Dated: September 23, 2010

                                          Marsha J. Pechman
                                          U.S. District Judge

**ORDER ON VESSEL ARREST - 1**