UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA SIMMONS, | CASE NO. C10-250MJP |
| Plaintiff, | ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND REQUEST TO HOLD PROCESS IN ABEYANCE |
| v. | |
| THE PASSENGER VESSEL M/V SAFARI EXPLORER,  et al., | |
| Defendant. | |

The above-entitled Court, having received and reviewed

1.  Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 33)

2.  Safari Explorer Charters LLC's Response to Motion to File Amended Complaint (Dkt. No. 34)

3.  Plaintiff's Second Written Request Under Local Rule 110(b) and Supplemental Admiralty Rule E(3)(b) to Hold Process in Abeyance Until the Defendant Vessel Returns to the Western District (Dkt. No. 38)

and all attached declarations and exhibits, makes the following ruling:

1      IT IS ORDERED that the motion to amend is VACATED as unnecessary.  Under CR

2  15(a)(1), Plaintiff is entitled to amend her complaint once as a matter of right and does not need

3  the permission of the Court.

4      IT IS ORDERED that the Clerk shall file Plaintiff's amended complaint forthwith.

5  following ruling:

6      IT IS ORDERED, pursuant to request of Plaintiff and under F.R.C.P. Supp. Adm. Rule

7  E(3)(a) and Local Admiralty Rule 110(b), that issuance of process in this matter shall be held in

8  abeyance for a period of 6 months.

9      IT IS FURTHER ORDERED that Plaintiff, by no later than **May 5**, **2011** shall file with

10  the Court a status report indicating the status of the related litigation and her plans for proceeding

11  forward with the above-entitled litigation.

12

13

14      The clerk is ordered to provide copies of this order to all counsel.

15      Dated: November 5, 2010.

16

17

18               Marsha J. Pechman

19               United States District Judge

20

21

22

23

24

ORDER ON MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND REQUEST TO
HOLD PROCESS IN ABEYANCE - 2