1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  SARA MICHELLE SIMMONS,                CASE NO. 2:10-CV-00250-MJP

11              Plaintiff,                MINUTE ORDER

12        v.

13  SAFARI EXPLORER M/V,

14              Defendant.

15

16        The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17  Pechman, United States District Judge:

18        Currently pending before the Court is Plaintiff's Motion to Strike Objections and Compel

19  Discovery Responses from Claimant (Dkt. No. 44).   In her reply briefing, Plaintiff raised for the

20  first time the issue of whether, by virtue of Claimant Safari Explorer Charters LLC's filing an

21  appearance in the matter, the Claimant had subjected itself to the *in personam* jurisdiction of the

22  Court such that it would be appropriate to require them to respond to discovery requests from

23  Plaintiff.

24

MINUTE ORDER- 1

1   As the issue was raised for the first time in the reply briefing, Claimant has not had an

2   opportunity to respond to that argument. The Court calls for a surreply from Claimant on that

3   issue alone, for which Claimant will be allowed no more than six (6) pages of briefing.

4   Claimant's surreply must be filed on or before **March 11, 2011.**

5   The clerk is ordered to provide copies of this order to all counsel.

6   Filed this _3rd_ day of March, 2011.

7

8                                                    William M. McCool
                                                     Clerk of Court

9
                                                     s/Mary Duett
10                                                   Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2