1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARA MICHELLE SIMMONS,

　　　　　Plaintiff,

　　　v.

M/V SAFARI EXPLORER,

　　　　　Defendant.

CASE NO. 2:10-CV-00250-MJP

ORDER TO SHOW CAUSE

On April 5, 2011, U.S. District Judge Robert S. Lasnik denied Plaintiff's motion for the arrest of the M/V SAFARI EXPLORER on the grounds that the Court did "not have jurisdiction over the vessel which is the subject of this *in rem* proceeding."  Dkt. No. 63, p. 1.  Having found that no jurisdiction exists over the subject vessel, it would appear that there is nothing further to adjudicate in this matter.  Therefore,

IT IS ORDERED that Plaintiff shall show cause in writing why this matter should not be dismissed with prejudice.  The pleading shall not exceed six (6) pages in length and must be filed by no later than **April 26, 2011**.

No response shall be required from Claimant unless requested by the Court.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated this _19th_ day of April, 2011.

3

4

5    _____
     Marsha J. Pechman

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE- 2