UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA MICHELLE SIMMONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFARI EXPLORER M/V,<br><br>　　　　　Defendant. | CASE NO. 2:10-CV-00250-MJP<br><br>ORDER OF DISMISSAL |

On April 19, 2011, the Court issued an Order to Show Cause requiring Plaintiff to demonstrate why her matter should not be dismissed based on the Court's previous ruling that no jurisdiction existed over the subject matter of the *in rem* proceeding. Dkt. No. 64. The deadline for Plaintiff's response has passed and Plaintiff has failed to show cause why a dismissal should not be entered in this lawsuit. Therefore,

IT IS ORDERED that the above-entitled matter is DISMISSED with prejudice on the grounds that the Court has no jurisdiction over the subject matter.

ORDER OF DISMISSAL- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this _10th_ day of May, 2011.

3

4

5  /s/ Marsha J. Pechman

   Marsha J. Pechman
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL- 2