# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA MICHELLE SIMMONS,<br><br>                Plaintiff,<br><br>    v.<br><br>SAFARI EXPLORER M/V,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:10-CV-00250-MJP |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

    Pursuant to the finding that this Court does not have jurisdiction over the subject matter of this complaint, the matter is DISMISSED with prejudice.

    Dated May 10, 2011.

                                              William M. McCool
                                            Clerk of Court

                                            s/Mary Duett
                                            Deputy Clerk